**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **VICTORIOUS YATES,** | ) |
| Petitioner, | ) Case No. CV 16-9096 SJO (AJW) |
| v. | ) |
| **CYNTHIA TAMPKINS, Warden,** | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: August 26, 2017.

*S. James Otero*
_____
James Otero
United States District Judge