UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **VICTORIOUS YATES,** | ) | Case No. CV 16-9096-SJO(AJW) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **CYNTHIA Y. TAMPKINS, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: August 26, 2017.

_S. James Otero_
_____
S. James Otero
United States District Judge